**IN THE UNITED STATES BANKRUPTCY COURT
FOR NORTHERN THE DISTRICT OF TEXAS**

| | |
|---|---|
| In re:<br><br>WITH PURPOSE, INC.,<br><br>Debtor. | Case No. 23-30246-MVL7<br><br>Chapter 7 |
| FEDERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>- vs. -<br><br>SCOTT M. SEIDEL, as Chapter 7 Trustee for With Purpose, Inc.; GLORIFI ACQUISITIONS, LLC; ALAN CARR; TOBY NEUGEBAUER; BRYAN JOINER; CHARLES HAMILTON; AND JOHN NORWOOD,<br><br>Defendants. | Adv. Proc. No. 25-03111-MVL |

**CERTIFICATE OF SERVICE OF COMPLAINT AND SUMMONS**

I, William L. Countryman, Jr., certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of the Complaint [Dkt. No. 1], the Summons [Dkt. No. 3], and the Scheduling Order [Dkt. No. 4] were made on October 23, 2025 by:

X Mail service: First-Class United States mail, postage fully pre-paid, addressed to:

| | | |
|---|---|---|
| Scott M. Seidel, Chapter 7 Trustee for With Purpose, Inc.<br>Seidel Law Firm<br>6505 West Park Boulevard<br>Suite 306<br>Plano, TX 75093 | GloriFi Acquisitions, LLC<br>Attn.: Jay D. Mitchell<br>2655 Northwinds Parkway<br>Alpharetta, GA 30009 | Alan Carr<br>18 Weesuck Avenue, East Quogue, NY 11942 |
| Tony Neugebauer<br>10777 Strait Lane<br>Dallas, TX 75229 | Bryan Joiner<br>2701 Schofield Court<br>Plano, TX 75093 | Charles Hamilton<br>1381 Paseo Don Juan<br>San Juan, PR 00907 |
| John Norwood<br>601 West Texas Avenue<br>Midland, TX 79701 | | |

Electronic mail service: By sending via electronic mail to the following per agreement with same:

Personal service: By leaving the process with defendant or with an officer or agent of defendant at:

Residence service: By leaving the process with the following adult at:

Publication: The defendant was served as follows: [Describe briefly]

State Law: The defendant was served pursuant to the laws of the State of ____________________, as follows: [Describe briefly] (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

October 28, 2025 — *Date*

*/s/ William L. Countryman, Jr.* — *Signature*

| Print Name | | |
|---|---|---|
| William L. Countryman, Jr., Case Manager | | |
| **Business Address** | | |
| c/o DLA Piper LLP (US), 650 South Exeter Street, Suite 1100 | | |
| **City** | **State** | **Zip** |
| Baltimore, | Maryland | 21202 |